## Commonwealth, Appellant, *v.* Pearce.

*Appeals—Interlocutory order—Order refusing to quash indictment.*

An order refusing to quash an indictment is an interlocutory order from which an independent appeal does nòt lie.

Submitted Oct. 5, 1914.    Appeal, No. 137, Oct. T., 1914, by defendant, from order of Q. S. Phila. Co., Feb. Sessions, 1914, No. 404, refusing to quash indictment in case of Commonwealth v. Ellis M. Pearce. Before RICE, P. J., ORLADY, HEAD, PORTER, HENDERSON, KEPHART and TREXLER, JJ.    Appeal quashed.

Motion to quash appeal.

*Hugh Roberts* and *Chas. H. Westbrook*, for appellant.

*Joseph H. Taulane,* assistant district attorney, and *Samuel P. Rotan,* district attorney, for appellee.

PER CURIAM, October 12, 1914:

An order refusing to quash an indictment is clearly an interlocutory order from which an independent appeal does not lie: Quay's Petition, 189 Pa. 517 at page 542. Therefore without discussing the other reason assigned by the district attorney, the motion to quash is allowed.

The appeal is quashed.